IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMTRUST INSURANCE COMPANY ) | |
| OF KANSAS, INC. ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action Number: |
| ) | 2:12-cv-713-MHT-SRW |
| ENGINEERED TEXTILE PRODUCTS, ) | |
| INC., and SOUTHEASTERN CHEESE ) | |
| CORPORATION, ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT SOUTHEASTERN CHEESE CORPORATION'S
WITNESS AND EXHIBIT LIST**

Pursuant to the Court's Uniform Scheduling Order (Doc. 21), Defendant Southeastern Cheese Corporation ("SEC") submits the following list of witnesses who SEC may call, and a list of the exhibits SEC may introduce, at trial. SEC reserves the right to amend and/or supplement this Witness and Exhibit List as may be appropriate under the Federal Rules of Civil Procedure and the rules of this Court. SEC hereby adopts by reference the Introductory Caveat from Defendant Engineered Textile Products, Inc.'s, ("ETP") Witness and Exhibit List (Doc. 30, pp. 2-3).

    **I.**    **Witness List**

        A.  Ken Robinson
            Engineered Textile Products, Inc.
            c/o counsel for ETP

        B.  Carter Damp
            Engineered Textile Products, Inc.
            c/o counsel for ETP

        C.  John Patrick Rankin
            Southeastern Cheese Corporation

      c/o counsel for Southeastern Cheese Corporation

D. Jonathan Bonner, P.E.
CFM Group
2135 University Blvd.
Suite A
Tuscaloosa, AL 35401

E. Jonathan Goode
Southeastern Cheese Corporation
c/o counsel for Southeastern Cheese Corporation

F. Any witness listed by the other parties, and not objected to by SEC, unless such objection is waived.

G. Any witness not yet deposed or otherwise yet to be identified witness in the underlying state action, *Southeastern Cheese Corporation v. Engineered Textile Products, Inc.*, CV-2012-900028 (Circuit Court for Perry County, Alabama).

H. Any witness necessary for impeachment or rebuttal.

I. Any witness whose testimony may be necessary to provide a foundation for an exhibit.

## II. Exhibit List

A. The complaint from the underlying state action.

B. The commercial general liability insurance policy issued by Plaintiff to ETP, policy number KPP1004864 (the "CGL Policy").

C. The commercial liability umbrella policy issued by Plaintiff to ETP, policy number KMB1004865 01 (the "Umbrella Policy").

D. Authenticated copies of any insurance policies which insured ETP following the expiration of Plaintiff's policies.

E. Any and all deposition transcripts from the underlying state action.

F.  Any and all documents exchanged during the course of discovery in the underlying state action.

G.  Any and all interrogatory answers from the underlying state action.

H.  Demonstrative aids.

I.  Demonstrative exhibits.

J.  Any and all exhibits needed for rebuttal and/or impeachment.

K.  Any and all exhibits listed by other parties, and not objected to by SEC, unless such objection is waived.

/s/ J. Parker Miller
J. PARKER MILLER
Parker.miller@beasleyallen.com

Attorney for Defendant
Southeastern Cheese Corporation

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103
Telephone:  (334) 269-2343
Facsimile:  (334) 954-7555

<u>Certificate of Service</u>

  I hereby certify that the foregoing instrument has been served via Certified US Mail, postage prepaid and properly addressed, on counsel listed below on this the 9th day of October, 2013.

Mr. Michael R. Pennington
Mr. Robert J. Campbell
BRADLEY ARANT BOULT CUMMINGS, LLP
One Alabama Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
mpennington@babc.com
rjcampbell@babc.com

Jeff Friedman
Lee Patterson
Friedman, Dazzio, Zulanas & Bowling, P.C.
P.O. Box 43219
Birmingham, Alabama 35243
jfriedman@friedman-lawyers.com
lpatterson@friedmanleak.com

                __/s/ J. Parker Miller_____
                Of Counsel